STATE OF NEW JERSEY v. JOSEPH JOHN POLILLO.

February 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES HOWARD.

February 2, 1971. Petition for certification denied.

NEW JERSEY TURNPIKE AUTHORITY v. HELEN SHARO.

February 2, 1971. Petition for certification denied.

TOWNSHIP OF MARLBORO v. DOMINICK MANZO, *ET AL.*

February 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. CURTIS PETRICK.

February 2, 1971. Petition for certification denied.